# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ANGELINA ESTEVEZ-CUBILETE | : |
| Plaintiff, | : Civil Action No.: 1:15-cv-21625-DPG |
| v. | : |
| SYNCHRONY BANK | : |
| Defendant. | : |

## DEFENDANT'S MOTION TO DISMISS

Defendant Synchrony Bank, ("Synchrony"), pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves for an order dismissing the Complaint filed by the Plaintiff, Angelina Estevez-Cubilete ("Plaintiff" or "Estevez"), for failure to state a claim upon which relief can be granted.  The grounds for this Motion to Dismiss are set forth in greater detail in Synchrony's Memorandum in Support of this Motion to Dismiss, filed contemporaneously herewith.

Dated: June 4, 2015

Respectfully submitted,

/s/ Sahily Serradet
MARC T. PARRINO
Florida Bar No. 0018197
E-mail: mtp@lgplaw.com
SAHILY SERRADET
Florida Bar No. 77620
E-mail: ss@lgplaw.com
Attorneys for Defendant
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Fax: (305) 379-9626

**Civil Action No.:  1:15-cv-21625-DPG**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2015, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Sahily Serradet<br>
SAHILY SERRADET

Daniel Tam, Esq.
Daniel Tam, P.A.
1000 Fifth St, Suite 200
Miami Beach, FL 33139
dantamesq@me.com
*Attorneys for Plaintiff*